No. 91–6126. MAXEY *v.* CITY OF LUFKIN, TEXAS. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 23, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 91–6306. IN RE MORRIS. Petition for writ of habeas corpus denied.

No. 91–6016. IN RE VERNON;
No. 91–6060. IN RE LEDBETTER; and
No. 91–6078. IN RE COOMBS. Petitions for writs of mandamus denied.

No. 91–59. CHRISTIE *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 91–129. DORSEY *v.* CITY OF DETROIT ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–231. WILLINGHAM *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 91–263. FOOD GIANT, INC. *v.* PORTER. Ct. App. Ga. Certiorari denied.

No. 91–270. CITY OF NEWPORT BEACH, CALIFORNIA *v.* HAMMER. C. A. 9th Cir. Certiorari denied.

No. 91–271. MALINOVSKY *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.